1 | NINA M. PATANE (SBN 157079)
JUAN C. CALZETTA III (SBN 270519)
2 | PATANE • GUMBERG • AVILA, LLP
Attorneys at Law
3 | 4 Rossi Circle, Suite 231
Salinas, California 93907
4 | Telephone: (831) 755-1461
Facsimile: (831) 755-1477
5 |

6 | Attorneys for Defendants LA PLAZA BAKERY, ANGELA RODRIGUEZ,
JOSE DE JESUS RODRIGUEZ, and JESSE AND EVAN INC., a California Corporation dba
7 | LA PLAZA BAKERY

8 |

9 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
10 |

11 | BYRON CHAPMAN,                    )   CASE NO.  5:16-CV-01262
                                    )
12 |          Plaintiff,              )
                                    )
13 | v.                              )
                                    )   **DEFENDANTS' CONSENT TO**
14 | LA PLAZA BAKERY et al.          )   **PROCEED BEFORE A UNITED**
                                    )   **STATES MAGISTRATE JUDGE**
15 |          Defendants.            )
                                    )
16 | _____)   _____

17 |        In accordance with the provisions of 28 U.S.C. § 636(c), Defendants voluntarily consent

18 | to have a United States magistrate judge conduct all further proceedings in this case, including

19 | trial and entry of final judgment. I understand that appeal from the judgment shall be taken

20 | directly to the United States Court of Appeals for the Ninth Circuit.

21 |

22 | Dated: April 27, 2016                    Respectfully Submitted,
                                           PATANE • GUMBERG • AVILA, LLP
23 |

24 |                               By:    */s/ Juan C. Calzetta III*
                                         _____
25 |                                      JUAN C. CALZETTA III
                                         Attorneys for Defendants LA PLAZA BAKERY,
26 |                                      INC., ANGELA RODRIGUEZ, JOSE DE JESUS
                                         RODRIGUEZ, JESSE AND EVAN INC., a
27 |                                      California Corporation dba LA PLAZA BAKERY

28 |

**DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
**Case No. 5:16-CV-01262**